IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VELIBOR DIVKOVIC,<br>   **Plaintiff** | : | No. 1:21cv1947 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| THE HERSHEY COMPANY,<br>KRISTI UMBERGER, JOHN DOE 1,<br>and INDIVIDUAL JOHN DOE 2,<br>   **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 21st day of March 2025, in accord with the accompanying memorandum, the defendants' motion for summary judgment (Doc. 31) is hereby **GRANTED**. The Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff. The Clerk of Court is further directed to close this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court